IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEROY WALSH | : | CIVIL ACTION |
| v. | : | |
| JEROME W. WALSH, et al. | : | NO. 13-4550 |

ORDER

AND NOW, this 12th day of December, 2014, upon careful and independent consideration of plaintiff's petition for writ of Habeas Corpus (Docket #1) and the defendant's response, thereto, and after review of the Report and Recommendation of Magistrate Judge Elizabeth T. Hey, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for writ of habeas corpus DENIED; and,

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:


/s/ Mary A. McLaughlin_
MARY A. McLAUGHLIN, J.